11 So.2d 168

**Will HATFIELD v. CITY OF EUFAULA.**

**4 Div. 743.**

Court of Appeals of Alabama.
Nov. 10, 1942.

BRICKEN, Presiding Judge.
Affirmed.

11 So.2d 168

**Willie HAVELAND v. STATE.**

**1 Div. 424.**

Court of Appeals of Alabama.
Nov. 17, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

3 So.2d 921

**Fred HAWKINS v. STATE.**

**8 Div. 54.**

Court of Appeals of Alabama.
May 27, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

11 So.2d 168

**Joe W. HAWKINS v. STATE.**

**6 Div. 910.**

Court of Appeals of Alabama.
Dec. 15, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

3 So.2d 922

**Jack Thomas HAYES v. STATE.**

**8 Div. 55.**

Court of Appeals of Alabama.
May 27, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

8 So.2d 902

**Doc HELMS v. STATE.**

**7 Div. 667.**

Court of Appeals of Alabama.
June 9, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.